# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**JOSE RODRIGUEZ**
**A/K/A "CABLE"**

WARRANT FOR ARREST
Case Number:

2004 m 0439 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **JOSE RODRIGUEZ, A/KA "CABLE"**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**DISTRIBUTION OF HEROIN**

in violation of Title ___21___ United States Code, Section(s) ___841(a)___ .

**ROBERT B. COLLINGS**
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ _____

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**Boston, MA;   January 19, 2004**
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

BY _____

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __JOSE RODRIGUEZ__

ALIAS: __CABLE__

LAST KNOWN RESIDENCE: _____, LAWRENCE, MA__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __12/6/67__

SOCIAL SECURITY NUMBER: 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

HEIGHT: __5-8__          WEIGHT: _____

SEX: __MALE__            RACE: __HISPANIC__

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI One Center Plaza, Boston, MA 02203__