AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOSE RODRIGUEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2004 M 0439 RBC

I, __JOSE RODRIGUEZ__, charged in a ☒ complaint ☐ petition pending in this District __with possessing & distributing heroin__ in violation of __21__, U.S.C., __841(a)(1)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

FEB -9 2004
Date

_____
Counsel for Defendant